

# Fourth Court of Appeals
## San Antonio, Texas

October 6, 2022

No. 04-22-00479-CR

**EX PARTE** Bryan Alejandro **ENRIQUEZ PEREZ**

From the County Court, Kinney County, Texas
Trial Court No. 10437CR
Honorable Dennis Powell, Judge Presiding

## O R D E R

Appellant's brief was due on September 28, 2022. On September 20, 2022, appellant filed an unopposed motion requesting a sixty-day extension of time to file the brief. After consideration, we **GRANT** the motion and **ORDER** appellant to file his brief **by November 28, 2022**. Further requests for extension of time will be disfavored.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of October, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court